UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT JEHLE | ) | Civil Action |
|     Plaintiff | ) | Case No.: |
| | ) | |
| versus | ) | Section |
| | ) | Judge |
| PSC GROUP LLC | ) | |
|     Defendant | ) | Magistrate Division |
| | ) | Magistrate Judge |

## **COMPLAINT**

NOW COMES, through undersigned counsel, Plaintiff, Robert Jehle, who for his Complaint respectfully avers:

1.

Plaintiff, Robert Jehle, is a person of the full age of majority and a citizen of the State of Louisiana.

2.

Named Defendant is PSC Group LLC, a Delaware limited liability company with its principal place of business in the State of Texas.

3.

This Court has jurisdiction under 28 U.S.C. § 1333, 28 U.S.C. § 1332, 33 U.S.C. § 905(b) of the Longshore and Harbor Workers' Compensation Act, 46 U.S.C. § 30101, and the provisions of the general maritime law. Venue is appropriate pursuant to 28 U.S.C. § 98(a).

4.

Plaintiff designates this matter as an admiralty and maritime claim under Rule 9(h) of the Federal Rules of Civil Procedure.

5.

At all material times, Defendant, PSC Group LLC, served as the dock operator at the Marathon Petroleum facility located on the Mississippi River in Garyville, Louisiana. Plaintiff, Robert Jehle, was employed as a petroleum surveyor by a third-party firm.

6.

On or about October 18, 2021, Mr. Jehle was tasked with performing an inspection survey on a barge moored to the Marathon Dock in the Mississippi River. Previously, one or more employees of PSC Group had placed a movable gangway to provide access to the barge from the dock. Unfortunately, however, the PSC Group employee or employees failed to secure the gangway. As Mr. Jehle walked across the unsecured gangway, the unsecured gangway fell and caused Mr. Jehle to fall approximately eight feet onto the moored barge in the Mississippi River.

7.

As a result of the fall, Mr. Jehle sustained serious injuries to his head, spine, arms, hands, and other parts of his body.

8.

A proximate cause of the incident and resulting injuries was the negligence and fault of Defendant, PSC Group LLC, through its agents, servants, and employees, as follows:

  a) Failing to secure the gangway;
  b) Failing to inspect the gangway to verify that it was secured;
  c) Failing to lock out the unsecured gangway;
  d) Failing to warn Mr. Jehle and others that the gangway was unsecured;
  e) Failing to train and/or supervise its employees;
  f) Failing to maintain the gangway;
  g) Failing to do what it should have done to prevent the incident;
  h) Failing to provide adequate and safe equipment and appurtenances;

i) Failing to comply with applicable rules and regulations promulgated by OSHA, the United States Coast Guard, and/or other governmental and/or quasi-governmental agencies; and
j) All other acts of negligence and fault that may be identified during discovery and proven at trial.

9.

The incident was caused by no fault of Mr. Jehle and was caused by the exclusive fault and negligence of Defendant. At all material times Mr. Jehle was performing the duties and functions he was instructed and obligated to perform.

10.

Mr. Jehle brings an action for damages that includes, but is not limited to: (a) physical pain and suffering, past, present and future; (b) mental suffering, past, present and future; (c) loss of wages and/or loss of earning capacity, past, present and future; (d) scarring and disfigurement; (e) disability; (f) loss of fringe benefits; (g) medical expenses, past, present and future; and (i) loss of enjoyment of life.

11.

Defendant is liable for the negligence and fault of its employees and crew under the doctrine of *respondeat superior.*

WHEREFORE, Plaintiff, Robert Jehle, respectfully prays that his Complaint be deemed good and sufficient, and that Defendant, PSC Group LLC, be duly served and summoned with a copy of this Complaint, and that it be made to appear and answer same within the delays allowed by law, and that after all due and legal proceedings are had, for the reasons set forth herein, that there be judgment entered in favor of Plaintiff, Robert Jehle, and against Defendant, PSC Group LLC, for all reasonable damages, costs, legal interest from the date of judicial demand until paid, and for all general and equitable relief.

Respectfully submitted,

_____*Joseph S. Piacun*_____
JOSEPH S. PIACUN  (25211)
Piacun Law Firm LLC
1340 Poydras Street, Suite 2100
New Orleans, Louisiana 70112
Telephone: (504) 867-4542
Facsimile: (504) 599-8579
Email: jpiacun@piacunlaw.com

-and-

ANDERSON TRAYLOR EDWARDS
Ashley Anderson Traylor (35471)
Christopher J. Edwards, Jr. (36287)
J. Thomas Anderson (2464)
P.O. Drawer 4129
Hammond, Louisiana 70404
Telephone: (985) 345-7777
Facsimile: (985) 221-7501
Email: ashley@ateattorneys.com
Email: christopher@ateattorneys.com
Email: tom@ateattorneys.com
**Attorneys for Plaintiff,**
**Robert Jehle**